# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Piskanin v. Commonwealth</u>   : <br> <u>of Pennsylvania, Department</u> : <br> <u>of Corrections, et al.</u>           : <br>                                                    : <br> | CIVIL NO. 1:CV-09-0222 <br><br> (Judge Conner) |
| Inmate: | Michael John Piskanin, Jr.   : <br>                                                    : | |
| ID Number: GG-2457 | : | |

## ORDER

On February 3, 2009, Michael John Piskanin, Jr., an inmate currently confined at the State Correctional Institution, Cresson, Pennsylvania, filed a habeas corpus petition without submitting a filing fee or a motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  By Administrative Order dated February 4, 2009, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, IT IS ORDERED THAT:

1. The petition is dismissed without prejudice.

2. The Clerk of Court shall close this case.

3. The Clerk of Court is directed to terminate all motions (Documents 4 and 6).

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

DATE:   March 11, 2009