# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL JOHN PISKANIN, JR.,** : | **CIVIL ACTION NO. 1:09-CV-0222** |
| Petitioner : | **(Judge Conner)** |
| v. : | |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** : | |
| Respondents : | |

## ORDER

AND NOW, this 22nd day of April, 2009, upon consideration of petitioner's "motion for certificate of appealability" (Doc. 8), which was filed approximately sixteen days after his case was dismissed without prejudice due to his failure to pay the requisite filing fee or file the proper forms to allow him to proceed in forma pauperis (Doc. 7), in which he seeks reinstatement of his action, it is hereby ORDERED that the motion is DENIED based on the dismissal of his petition without prejudice. Petitioner may commence a new action by the filing of a petition accompanied by either payment of the requisite filing fee, or submission of the appropriate forms allowing him to proceed in forma pauperis.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge