# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL JOHN PISKANIN, JR.,** : | CIVIL ACTION NO. 1:09-CV-0222 |
| Petitioner : | (Judge Conner) |
| v. : | |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** : | |
| Respondents : | |

## **ORDER**

AND NOW, this 3rd day of November, 2010, upon consideration of petitioner's request for "removal relief" (Doc. 11), and it appearing that this matter was dismissed without prejudice for failure to pay the statutory filing fee or file a properly completed application to proceed in forma pauperis on March 11, 2009, it is hereby ORDERED that the request is DENIED.

                S/ Christopher C. Conner
                CHRISTOPHER C. CONNER
                United States District Judge