**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL JOHN PISKANIN, JR.,** | : | **CIVIL ACTION NO. 1:09-CV-0222** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| | : | |
| **Respondents** | : | |

## <u>ORDER</u>

AND NOW, this 3rd day of December, 2010, upon consideration of

petitioner's motion to reinstate the removal action (Doc. 13), it is hereby ORDERED

that the motion is DENIED.


       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge